UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINDE YANG, et al.,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>CHINA BILINGUAL TECHNOLOGY AND EDUCATION GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01517-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 10, 2015, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 24, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on July 10, 2015, for failure to prosecute, and for failure to comply with the Court's Order of April 3, 2015. A case management conference is also scheduled for **July 24, 2015**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: July 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge