| | |
|---|---|
| 1 | Jehu Hand, SBN 124016 |
| 2 | jehu@jehu.com |
|   | Hand & Hand |
| 3 | PO Box 985 |
|   | Temple City, California 91780 |
| 4 | (949) 489-2400 |
|   | fax (949) 489-0034 |
| 5 | Attorneys for Plaintiffs John Ballard and Iinde Yang |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JINDE YANG and JOHN BALLARD, | CASE NO. 3:15-cv-01517-JCS |
| Plaintiffs, | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §41(A); [~~PROPOSED~~] ORDER** |
| vs. | |
| CHINA BILINGUAL TECHNOLOGY AND EDUCATION GROUP, INC., REN ZHIQING, PAN MINGXIAO, REN ZUDONG, JUN ZHANG, YING FENGMEI and DOES 1 through 30, inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii),

by and between the undersigned counsel for Plaintiffs Jinde Yang and John Ballard and

Defendants China Bilingual Technology and Education Group, Inc. and Jun Zhang

(collectively, the "Parties") the Parties hereby stipulate to dismissal of the First Amended Complaint. This dismissal is **with prejudice.**

**IT IS SO STIPULATED**.

Dated: May 2, 2016

/s/ Jehu Hand
Jehu Hand, SBN 124016
Hand & Hand
PO Box 985
Temple City, California 91780
T: (949) 489-2040
F: (949) 489-0034
jehu@jehu.com
*Counsel for Plaintiffs*

/s/ J. David Dantzler, Jr.
J. David Dantzler, Jr., Admitted *Pro Hac Vice*
J. Timothy Mast, Admitted *Pro Hac Vice*
Mary M. Weeks, Admitted *Pro Hac Vice*
Dean A. Morehous
Craig C. Crockett
*Counsel for Defendant China Bilingual Technology and Education Group, Inc. and Jun Zhang*

## CONCURRENCE IN FILING

I, Jehu Hand, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

Dated: May 2, 2016

/s/ Jehu Hand
Jehu Hand

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 4, 2016

_____
Joseph C. Spero
United States Magistrate Judge